```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | |
|---|---|
| ALUMAD J. KHALIFA ALSALEH, | |
| Plaintiff, | |
| vs. | No. 06-2592-B/P |
| EMILIO T. GONZALEZ, | |
| Defendant. | |

```
      ORDER DIRECTING PLAINTIFF TO FILE A PROPERLY COMPLETED
       IN FORMA PAUPERIS AFFIDAVIT OR PAY THE CIVIL FILING FEE
```

Plaintiff Alumad J. Khalifa Alsaleh filed a pro se complaint pursuant to, inter alia, 28 U.S.C. § 1361, on or about September 12, 2006.[1]

Federal law provides that the "clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of" $350. 28 U.S.C. § 1914(a).[2] To ensure access to the courts, however, 28 U.S.C. § 1915(a) permits an indigent plaintiff to avoid payment of filing fees by filing an in forma pauperis affidavit. Under that section, the

---

[1] The docket sheet contains a discrepancy, as the "Date Filed" is September 12, 2006 but the only document in the file was filed on September 15, 2006. The date stamp on the complaint indicates it was received by the Clerk on September 8, 2006. The Clerk is directed to resolve and correct this discrepancy.

[2] Effective April 9, 2006, the civil filing fee increased from $250 to $350.

Court must conduct a satisfactory inquiry into the plaintiff's ability to pay the filing fee and prosecute the lawsuit. A plaintiff seeking in forma pauperis standing must respond fully to the questions on the Court's in forma pauperis form and execute the affidavit in compliance with the certification requirements contained in 28 U.S.C. § 1746. See, e.g., Reynolds v. Federal Bur. of Prisons, 30 Fed. Appx. 574 (6th Cir. Mar. 11, 2002); Broque v. Fort Knox Fed. Credit Union, No. 86-1896, 1997 WL 242043 (6th Cir. May 8, 1997).

In this case, the Plaintiff has neither paid the civil filing fee nor filed an in forma pauperis application. He is ORDERED, within thirty (30) days of the date of entry of this order, to file a properly completed in forma pauperis affidavit or pay the civil filing fee. The Clerk is ORDERED to send the Plaintiff a copy of the nonprisoner in forma pauperis affidavit along with this order. Failure to timely comply with this order will result in dismissal of this action, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this 16th day of October, 2006.

                                                s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE